JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE AHULII,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY, BOEING SHORT TERM DISABILITY PLAN and BOEING LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. CV08-02165 DDP (VBKx)<br><br>Judge:  Dean D. Pregerson<br>Courtroom:  3<br><br>Complaint Filed:  April 1, 2008<br><br>**JUDGMENT** |

　　　Pursuant to the stipulation between the parties, dated July 14, 2009, Judgment is hereby entered in the amount of $25,766.81, consisting of Ahulii's claim for unpaid benefits through June 30, 2009 in the amount of $25,367.97, plus interest in the amount of $398.84.  Ahulii shall thereafter continue to receive benefits, subject to all of the terms and conditions of the Plan.  Plaintiff shall have until September 15, 2009 to file her motion for attorney's fees.

　　　IT IS SO ORDERED.

Dated: July 15, 2009

　　　　　　　　　　　　　　　　　　　Hon. Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　United States District Judge

-1-

[PROPOSED] JUDGMENT